**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. PIERCE DIVISION**

| | |
|---|---|
| MICHAEL NOEL, KATHLEEN WIKSTEN, and CLAIRE LADOUCEUR, on behalf of themselves and all others similarly situated, | Case No. 2:21-cv-14492-DMM |
| Plaintiffs, | |
| v. | |
| MHC HERITAGE PLANTATION, LLC and EQUITY LIFESTYLE PROPERTIES, INC. f/k/a MANUFACTURED HOME COMMUNITIES, INC., | |
| Defendants. | |

**PLAINTIFFS' RULE 26(A)(1) INITIAL DISCLOSURES**

Plaintiffs Michael Noel, Kathleen Wiksten, and Claire Ladouceur, by and through their attorneys, provide the following information to Defendants MHC Heritage Plantation, LLC and Equity Lifestyle Properties, Inc. f/k/a Manufactured Home Communities, Inc., pursuant to Fed. R. Civ. P. 26(a)(1):

**I.      Right to Supplement, Correct, and Amend:**

Plaintiffs are continuing their search for and collection of documents, information, and electronically stored information (ESI), and related sources. In accordance with Rule 26(e), these Disclosures are based on knowledge and understanding of Plaintiffs as of the date of the Disclosures; Plaintiffs may amend or supplement these Disclosures, if necessary, should they learn that their responses are incomplete or incorrect in some material respect and if the additional or

1

**EXHIBIT A**

corrective information has not otherwise been made known during the discovery process or in writing.

**II.      Rule 26(a)(1)(A)(i): Individuals Likely to Have Discoverable Information**

The following individuals are likely to have discoverable information that Plaintiffs may use to support their claims or defenses. Plaintiffs make no representations as to the extent of knowledge, or lack thereof, of any individual or agency listed below.

1.      Plaintiff Michael Noel, who may be contacted through undersigned counsel.  Mr. Noel has knowledge of the facts alleged in the Class Action Complaint ("CAC") as applied to him, including the flooding at Heritage Plantation mobile home park ("Park" or "Heritage Plantation"), as well as the other issues relating to the maintenance and upkeep of the Park.

2.      Plaintiff Kathleen Wiksten, who may be contacted through undersigned counsel. Ms. Wiksten has knowledge of the facts alleged in the CAC as applied to her, including the flooding at Heritage Plantation, as well as the other issues relating to the maintenance and upkeep of the Park.

3.      Plaintiff Claire Ladouceur, who may be contacted through undersigned counsel. Ms. Ladouceur has knowledge of the facts alleged in the CAC as applied to her, including the flooding at Heritage Plantation, as well as the other issues relating to the maintenance and upkeep of the Park.

4.      Current and former residents of the Park, including Plaintiffs, will have knowledge of:

      a.   the facts alleged in the CAC;

      b.   the flooding at Heritage Plantation;

      c.   injuries caused by the slippery conditions following flooding of the Park;

EXHIBIT A

    d.   property damage due to the flooding;

    e.   damage to mobile homes due to flooding;

    f.   rents paid;

    g.   lack of maintenance and upkeep of the Park by Defendants; and

    h.   lack of repairs made to the Park's infrastructure by Defendants.

Plaintiffs will identify such individuals in addition to Plaintiffs as soon as reasonably possible.

5.    Current and former employees of MHC Heritage Plantation, LLC, MHC Operating Limited Partnership, and Equity Lifestyle Properties, Inc. have knowledge of the following:

    a.   the facts alleged in the CAC;

    b.   the flooding at Heritage Plantation;

    c.   injuries caused by the slippery conditions following flooding of the Park;

    d.   property damage due to the flooding;

    e.   damage to mobile homes due to flooding;

    f.   rents paid;

    g.   monies paid by Defendants for the maintenance and upkeep of the Park;

    h.   monies paid by Defendants for repairs made to the Park's infrastructure by Defendants; and

    i.   the residents and homeowners' complaints.

6.    Current and former officers of the Heritage Plantation Homeowners' Association ("HOA") have information concerning the flooding at Heritage Plantation, issues with the maintenance and upkeep of the Park, the residents and homeowners' complaints of same, the election and tenure of such members, and the HOA and/or its Negotiating Committee's

EXHIBIT A

negotiations regarding the Long-Term Agreements.

7.      Current HPOA members have knowledge of the April 8, 2022, meeting at which J. Allen Bobo and Stanley Martin appeared and what they said.

8.      Commissioner Earman of Indian River County has information regarding the flooding at Heritage Plantation, Defendants' violations of Indian River County Laws and Ordinances, fines imposed due to same, Defendants' failure to pay same, and the County's remedies regarding same.

9.      Employees and Code Enforcement Officers of the Indian River County Code Enforcement Board have information regarding Defendants' violations of Indian River County Laws and Ordinances, fines imposed due to same, and Defendants' failure to pay same.

10.     Employees of the Florida Department of Health have information regarding complaints made to it by Heritage Plantation homeowners and residents.

### III.    Rule 26(a)(1)(A)(i): Documents

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii), Plaintiffs identify the following categories of documents, electronically stored information, and tangible things that are in their possession, custody, or control and that they may use to support their claims or defenses.

1.      Documents referenced in or attached to Plaintiffs' CAC and Defendants' Answer and Affirmative Defenses.

2.      Documents relating to the Board of Directors of the Heritage Plantation Homeowner's Association that occurred on April 8, 2022, at which J. Allen Bobo and an ELS representative appeared.

3.      Communications between Plaintiffs and Defendants, including but not limited to their employees, agents, vendors, and/or consultants.

4

EXHIBIT A

4.      Documents regarding damage to personal property caused by flooding.

5.      Documents containing complaints made by Heritage Plantation homeowners and residents to Indian River County.

6.      Documents containing complaints made by Heritage Plantation homeowners and residents to the Florida Department of Health.

**IV.      Rule 26(a)(1)(A)(iii): Computation of Damages**

Plaintiffs seek to recover compensatory damages, including pre-judgment interest; punitive damages; equitable relief in the form of a mandatory injunction; reasonable costs and expenses incurred in this action; and such other relief as the Court may deem just and proper.

A precise computation of the damages sustained by Plaintiffs and the proposed class is premature at this time, as it will be subject to fact and expert testimony.  Further responsive information, when available, will be produced in conformance with Rule 26(e).

**V.      Rule 26(a)(1)(A)(iv): Insurance**

Plaintiffs are unaware of any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Dated:  April 18, 2022

By: */s/ Robert C. Gilbert*
Robert C. Gilbert, FBN 561861
gilbert@kolawyers.com
Daniel E. Tropin, FBN 100424
tropin@kolawyers.com
KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT
2800 Ponce de Leon Blvd., Ste. 1100
Coral Gables, FL  33134
Telephone:  (305) 384-7269

5

**EXHIBIT A**

Lynn A. Ellenberger (admitted *Pro Hac Vice*)
FEGAN SCOTT LLC
500 Grant Street, Ste. 2900
Pittsburgh, PA
Phone: (412) 346-4104
Fax: (312) 264-0100
lynn@feganscott.com

Elizabeth A. Fegan (admitted *Pro Hac Vice*)
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Phone: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

*Counsel for Plaintiffs and the Proposed Class*

6

EXHIBIT A

**CERTIFICATION OF SERVICE**

I, Robert C. Gilbert, certify that a copy of the foregoing PLAINTIFFS' RULE 26(A)(1)

INITIAL DISCLOSURES was served via electronic mail on April 18, 2022, upon:

J. Allen Bobo, FBN 0356980
jabobo@lutzbobo.com
ahodgins@lutzbobo.com
LUTZ, BOBO & TELFAIR
2 North Tamiami Trail, Suite 500
Sarasota, FL  34236-5575
Telephone:  (941) 951-1800

Mahlon Barlow, FBN 871117
mbarlow@sbwlegal.com
mhbassistant@sbwlegal.com
Nicholas R. Consalvo
nconsalvo@sbwlegal.com
ddevlin@sbwlegal.com
SIVYER BARLOW WATSON & HAUGHEY, P.A.
Truist Place
401 E. Jackson Street, Ste. 2225
Tampa, FL  33602
Telephone:  (813) 221-4242

*Co-Counsel for Defendants*

/s/ Robert C. Gilbert
Robert C. Gilbert

EXHIBIT A