**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 21-14492-CV-MIDDLEBROOKS

MICHAEL NOEL, et al.,

      Plaintiffs,

v.

MHC HERITAGE PLANTATION, LLC, et al.,

      Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Magistrate Judge Shaniek M. Maynard's Report and Recommendation ("Report") on Defendants' Motion to Preclude Use of Evidence and Limit Damages, issued on July 15, 2022. (DE 104). Neither Party intends to object to the Report. (DE 105; DE 106).

I have reviewed the Report and agree with the conclusions reached by Judge Maynard. Thus, for the reasons set forth in the Report, and based on the fact that there are no objections, it is hereby **ORDERED AND ADJUDGED** that:

(1) The Report (DE 104) is **RATIFIED, AFFIRMED,** and **ADOPTED**.

(2) Defendants' Motion to Preclude Use of Evidence (DE 41) is **DENIED**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 21st day of July, 2022.

Donald M. Middlebrooks
United States District Judge

cc:    Counsel of Record