UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

| | |
|---|---|
| MICHAEL NOEL, KATHLEEN WIKSTEN, and CLAIRE LADOUCEUR, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MHC HERITAGE PLANTATION, LLC, MHC OPERATING LIMITED PARTNERSHIP, MHC PROPERTY MANAGEMENT, L.P., MHC PROPERTY MANAGEMENT GP, L.L.C., and EQUITY LIFESTYLE PROPERTIES, INC. f/k/a MANUFACTURED HOME COMMUNITIES, INC., <br><br> Defendants. | Case No. 2:21-cv-14492-DMM |

**PLAINTIFFS' RULE 26(a)(2) EXPERT DISCLOSURES**

Plaintiffs Michael Noel, Kathleen Wiksten, and Claire Ladouceur, by and through their attorneys, provide the following expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2):

**I.     Right to Supplement, Correct, and Amend Expert Reports:**

In accordance with Rule 26(a)(2)(E) and 26(e), Plaintiffs' Experts' reports are based on the knowledge and understanding of Plaintiffs' Experts as of the date of the reports. Plaintiffs' Experts may amend or supplement their reports, if necessary, should they learn additional information that suggests their opinions are incomplete or incorrect in some material respect and if the additional or corrective information has not otherwise been made known during the discovery process or in writing. Further, because of Defendants' production of documents on Friday October 7, 2022,

1


EXHIBIT A

Plaintiffs' Experts reserve the right to provide a supplemental report based upon those documents produced by October 17, 2022. Further, because of Defendants' continued refusal to comply with the Court's September 29, 2022 order [DE 127], Plaintiffs' Experts also reserve the right to provide a supplemental or additional report based upon additional documents provided after further court intervention.

The below expert designations or the Expert reports being produced herewith do not include any individuals who may be called upon to provide rebuttal reports and/or testimony.

**II.     Rule 26(a)(2)(B): Testifying Expert Witnesses**

The following individuals have been retained to provide expert testimony in this matter under Fed. R. Evid. 702, 703, and 705. The information required by Rule 26(a)(2)(B) is contained in their respective reports that are being produced herewith:

1. Robert Ross, Ross Engineering, Inc., 3325 S. University Dr., Suite 111, Davie, FL 33328; and

2. Stephen J. Boyle, MAI, Boyle & Drake, Inc., 80 Royal Palm Pointe, Suite 401, Vero Beach, FL 32960.

Dated:  October 10, 2022

By: */s/ Robert C. Gilbert*

Robert C. Gilbert, FBN 561861
gilbert@kolawyers.com
Daniel E. Tropin, FBN 100424
tropin@kolawyers.com
KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT
2800 Ponce de Leon Blvd., Ste. 1100
Coral Gables, FL  33134
Telephone:  (305) 384-7269

EXHIBIT A

Elizabeth A. Fegan (admitted *Pro Hac Vice*)
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Phone: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

Lynn A. Ellenberger (admitted *Pro Hac Vice*)
FEGAN SCOTT LLC
500 Grant Street, Ste. 2900
Pittsburgh, PA 15219
Phone: (412) 346-4104
Fax: (312) 264-0100
lynn@feganscott.com

*Counsel for Plaintiffs and the Proposed Class*

# EXHIBIT A

## CERTIFICATION OF SERVICE

I, Robert C. Gilbert, certify that a copy of the foregoing PLAINTIFFS' RULE 26(a)(2) EXPERT DISCLOSURES was served via electronic mail on October 10, 2022, upon:

J. Allen Bobo, FBN 0356980
jabobo@lutzbobo.com
ahodgins@lutzbobo.com
LUTZ, BOBO & TELFAIR
2 North Tamiami Trail, Suite 500
Sarasota, FL  34236-5575
Telephone:  (941) 951-1800

Mahlon Barlow, FBN 871117
mbarlow@sbwhlegal.com
mhbassistant@sbwlegal.com
cscheetz@sbwhlegal.com
tbroderick@sbwhlegal.com
SIVYER BARLOW WATSON & HAUGHEY, P.A.
Truist Place
401 E. Jackson Street, Ste. 2225
Tampa, FL  33602
Telephone:  (813) 221-4242

*Counsel for Defendants*

                                        */s/ Robert C. Gilbert*
                                        Robert C. Gilbert

# EXHIBIT A