

## BOYLE & DRAKE
### COMMERCIAL - RESIDENTIAL
Real Estate Appraisal & Consulting

80 Royal Palm Pointe, Suite 401 Vero Beach, FL 32960
Phone (772) 778-7577  |  Fax (772)778-7868

Home | About | Qualification | Contact



**Stephen J. Boyle**

Appraisal, Appraisal-Review and consulting services have been performed on the following types of property in Florida for individuals, corporations, banks, attorneys, governmental agencies, savings and loans, mortgage companies and developers:

Acreage (1,000 + acres)
Agricultural (Vacant & Improved)
Apartment Complexes
Automobile Dealerships
Beachfront Properties
Commercial Buildings
Condominiums
Convenience Stores
Estates
Feasibility Studies (Res. Developments)
Golf Courses
Groves
High-Rise Condominiums (Proposed)
Income Properties
Industrial Parks
Office Buildings
Marinas
Market Studies (Residential Developments)
Mitigation Banks
Mobile Home Parks
Motels/Hotels
Multi-family Projects
Planned Unit Developments
R.V. Parks
Retail Buildings
Restaurants
Residential Properties
Shopping Centers
Special Purpose Properties
Special Master for SLC (Tax Appeals)
Subdivisions
Vacant Land, All Types
Warehouse Buildings
Waterfront Commercial Properties
Wetlands & other
Environmental Sensitive Properties

### Professional Affiliations & Licenses
- MAI Designation, Appraisal Institute
- State of Florida Certified General Appraiser #RZ 699

### Real Estate and Appraisal Education
Right-of-way Evaluation and Acquisition, and Real Estate Appraisal Principles Florida Department of Transportation
Real Estate Appraisal Principles - American Institute of Real Estate Appraisers
Basic Valuation Procedures - American Institute of Real Estate Appraisers
Residential Valuation - American Institute of Real Estate Appraisers
Capitalization Theory and Techniques, Part A - (AIREA)
Capitalization Theory and Techniques, Part B - (AIREA)
Standards of Professional Practice - American Institute of Real Estate Appraisers
Case Studies in Real Estate Valuation - American Institute of Real Estate Appraisers
Report Writing and Valuation Analysis - American Institute of Real Estate Appraisers
Multiple Seminars and Continuing Education Course ( See Attached List)

### Real Estate and Appraisal Experience
Owner of Boyle & Drake,Inc., August 1996 to current
Owner of Boyle Appraisal Service, November 1993 to July 1996
Employed as a Review Appraiser for Midlantic National Bank - May '92 to Nov. '93
Employed as an Independent Contractor / Appraiser and Consulting Services
   Callaway & Price, Inc., May 1985 to May 1992
Employed as Appraiser/Researcher - Callaway & Price, Inc., July 1984 to May 1985
Employed as Real Estate Salesman, September 1983 through July 1984
Employed as Right-of-Way Specialist
   Florida Dept. of Transportation; April 1980 to June 1981

### Real Estate and Appraisal Education
Right-of-way Evaluation and Acquisition, and Real Estate Appraisal Principles -FDOT
Real Estate Appraisal Principles - American Institute of Real Estate Appraisers
Basic Valuation Procedures - American Institute of Real Estate Appraisers
Residential Valuation - American Institute of Real Estate Appraisers
Capitalization Theory and Techniques, Part A - AIREA
Capitalization Theory and Techniques, Part B - AIREA
Standards of Professional Practice - American Institute of Real Estate Appraisers
Case Studies in Real Estate Valuation - American Institute of Real Estate Appraisers
Report Writing and Valuation Analysis - American Institute of Real Estate Appraisers

### Real Estate and Appraisal Education
Principles of Real Estate Analysis
Real Estate and Urban Development
Investment Analysis
Financial Analysis

### Appraisal Review Experience
Appraisal review services are performed for various banks including First Union National Bank and other governmental agencies including Martin County. The following is a parrtial list of clients:
- Florida Communities Trust
- Florida Department of Environmental Protection (DEP)
- St. Johns Water Management District
- St. Lucie County
- Martin County

### General Appraisal Experience

First Union National Bank of Florida
Mitchell Smith, MAI
800 N. Magnolia Avenue
Orlando, Florida 32802
(407)649-5998

SunTrust National Bank
Robert Kinney, Chief Appraiser
501 E. Las Olas Boulevard, 5th Floor
Fort Lauderdale, Florida 33301
954-765-7364

SunTrust National Bank of Florida
Jay Hart, SVP
2331 Indian River Boulevard
Vero Beach, Florida 32963
(561)-234-7673

Bank of America
Stephen G. Hart, VP
Review Appraiser
625 North Flagler Drive, 10th Floor
West Palm Beach, Florida 33401
561-838-5086

Bank of America
Mr. Jeff Olson, Vice President
Commercial Lending
601 21st Street, 3rd Floor
Vreo Beach, Florida 32960
(561)770-3927

Harbor Federal Savings & Loan
Kenneth Penny, VP
Chief Appraiser
100 South Second Street
P.O. Box 2758
Ft. Pierce, Florida 34954
(561)461-2414

South Florida Water Management District
Eric Barkhurst, Review Appraiser
3301 Gun Club Road
West Palm Beach, Florida 33406
(561)687-6695

Riverside National Bank
Carl Williams, Vice President
4100 20th Street
Vero Beach, Florida 32960
(561)567-5250

First National Bank & Trust Co.
Adam Bolinger
3730 7th Terrace
Vero Beach, Florida 32960
(561) 564-8808

South Trust Bank
Deborah J. Mayfield
780 U. S. Highway 1
Vero Beach, Florida 32960
(561) 778-1656

Fidelity Federal Savings Bank
Robert MacDonald
205 Datura Street, Suite 200
West Palm Beach, Florida 33401
(561)803-9711



# EXHIBIT B