UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-14492-CV-MIDDLEBROOKS/Maynard

MICHAEL NOEL et al.,

    Plaintiffs,

v.

MHC HERITAGE PLANTATION, LLC, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court on United States Magistrate Judge Shaniek Maynard's Paperless Report and Recommendation (the "Report") entered on December 6, 2022. (DE 162). The report recommends that the following motions be denied without prejudice to be later refiled in accordance with the forthcoming amended scheduling order and new pretrial deadlines: (1) Defendants' Motion for Summary Judgment (DE 143); (2) Plaintiffs' Motion for Partial Summary Judgment (DE 149); (3) Defendants' Omnibus Motion *in Limine* (DE 147); (4) Plaintiffs' Omnibus Motion *in Limine* (DE 145); and (5) Plaintiffs' Motion to Exclude or Strike "Hybrid Experts" under Daubert (DE 148). All of these motions were filed on the date of the previous dispositive motions deadline, which was November 14, 2022. (DE 162).

Defendants have filed a notice indicating that they do not intend to object to the Report. (DE 164). Plaintiffs have filed limited objections to the Report. (DE 165). In their Objections, Plaintiffs do not directly object to the anything in the order but rather suggest that other pending motions, which the Report does not mention, should also be denied without prejudice.

Accordingly, I find that Plaintiffs' filing is mischaracterized as an objection, considering that they do not actually object to anything in the Report. (DE 165).

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Magistrate Judge Maynard's Report and Recommendation (DE 162) is **ADOPTED**.

(2) Defendants' Motion for Summary Judgment (DE 143) is **DENIED WITHOUT PREJUDICE.**

(3) Plaintiffs' Motion for Partial Summary Judgment (DE 149) is **DENIED WITHOUT PREJUDICE.**

(4) Defendants' Omnibus Motion *in Limine* (DE 147) is **DENIED WITHOUT PREJUDICE.**

(5) Plaintiffs' Omnibus Motion *in Limine* (DE 145) is **DENIED WITHOUT PREJUDICE.**

(6) Plaintiffs' Motion to Exclude or Strike "Hybrid Experts" under Daubert (DE 148) is **DENIED WITHOUT PREJUDICE.**

**SIGNED** in Chambers at West Palm Beach, Florida, this ___ day of December, 2022.

Donald M. Middlebrooks
United States District Judge

cc:
Magistrate Judge Shaniek Maynard