**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 21-14492-CV-MIDDLEBROOKS

MICHAEL NOEL, et al.,

    Plaintiffs,

v.

MHC HERITAGE PLANTATION, LLC, et al.,

    Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE**

THIS CAUSE comes before the Court on United States Magistrate Judge Shaniek Maynard's Report and Recommendations ("Report"), entered February 24, 2023. (DE 192). The Report recommends denial of Plaintiffs Michael Noel, Kathleen Wiksten, and Claire Ladouceur's Revised Motion for Class Certification (DE 50), filed on May 6, 2022. On March 6, 2023, Plaintiffs filed objections to the Report (DE 196), and Defendants filed limited objections to findings in the Report (DE 195). Both Parties filed responses on March 14, 2023 (DE 200; DE 199), and Plaintiffs filed a Reply in support of their objections on March 20, 2023. (DE 201).

I have conducted an independent *de novo* review of the Report and the record as a whole. Having carefully considered this record, the briefing on the Parties' objections, and applicable law, I agree with Judge Maynard's findings and conclusions, and I find that the reasoning in the Report is accurate and thorough.

Accordingly, it is **ORDERED AND ADJUDGED** that

1. Defendants' Objections (DE 195) are **OVERRULED.**
2. Plaintiff' Objections (DE 196) are **OVERRULED.**

3. Magistrate Judge Maynard's Report and Recommendation (DE 192) is **ADOPTED**.

4. Plaintiff's Revised Motion to Certify Class (DE 50) is **DENIED**.

**SIGNED** in Chambers at West Palm Beach, Florida, this __ day of March 2023.

Donald M. Middlebrooks
United States District Judge

cc:   Magistrate Judge Shaniek Maynard
      Counsel of record