UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 21-14492-CV-MIDDLEBROOKS

MICHAEL NOEL, et al.,

    Plaintiffs,

v.

MHC HERITAGE PLANTATION, LLC, et al.,

    Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE**

THIS CAUSE comes before the Court on United States Magistrate Judge Shaniek Maynard's Report and Recommendations ("Report"), entered February 24, 2023. (DE 191). The Report recommends denial of Defendants' Motion to Strike Expert Report of Jeffrey S. Rothbart in Support of Plaintiffs' Motion for Class Certification ("Motion to Strike") (DE 136), filed on October 27, 2022. On March 6, 2023, Defendants filed objections to the Report. (DE 194). Plaintiffs responded on March 14, 2023. (DE 198).

I have conducted an independent *de novo* review of the Report and the record as a whole. Having carefully considered this record, the briefing on the Parties' objections, and applicable law, I agree with Judge Maynard's findings and conclusions, and I find that the reasoning in the Report is accurate and thorough.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. Defendants' Objections (DE 194) are **OVERRULED.**

2. Magistrate Judge Maynard's Report and Recommendation (DE 191) is **ADOPTED.**

3. Defendants' Motion to Strike (DE 136) is **DENIED**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 3 day of March, 2023.

Donald M. Middlebrooks
United States District Judge

cc: Magistrate Judge Shaniek Maynard
Counsel of record