UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

MICHAEL NOEL, KATHLEEN
WIKSTEN, and CLAIRE LADOUCEUR
on behalf of themselves and all others
similarly situated,

      Plaintiffs,

v.                                                                                         CASE NO: 2:21-CV-14492-DMM

MHC HERITAGE PLANTATION LLC,
EQUITY LIFESTYLE PROPERTIES,
INC., f/k/a MANUFACTURED HOME
COMMUNITIES, INC., MHC OPERATING
LIMITED PARTNERSHIP, MHC PROPERTY
MANAGEMENT GP LLC, and MHC
PROPERTY MANAGEMENT LP.,

      Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL

Plaintiffs Michael Noel, Kathleen Wiksten, and Claire Ladouceur (collectively, "Plaintiffs") and Defendants MHC Heritage Plantation LLC, Equity Lifestyle Properties, Inc., f/k/a Manufactured Home Communities, Inc., MHC Operating Limited Partnership, MHC Property Management GP LLC, and MHC Property Management LP (collectively, "Defendants") hereby stipulate to dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1) and in accordance with L.R. 16.4. Each party shall bear their own costs and attorneys' fees except as otherwise agreed by the parties.

Dated: August 3, 2023.

                                                                                    Respectfully submitted,

                                                                                   By:  */s/ Robert C. Gilbert*
                                                                                    ROBERT C. GILBERT, FBN 561861
                                                                                    gilbert@kolawyers.com
                                                                                    DANIEL E. TROPIN, FBN 100424
                                                                                    tropin@kolawyers.com
                                                                                    KOPELOWITZ   OSTROW   FERGUSON
                                                                                    WEISELBERG GILBERT
                                                                                    800 Ponce de Leon Blvd., Ste. 1100
                                                                                    Coral Gables, FL  33134
                                                                                    Telephone: (305) 384-7269

ELIZABETH A. FEGAN (*pro hac vice*)
beth@feganscott.com
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019

LYNN A. ELLENBERGER (*pro hac vice*)
lynn@feganscott.com
FEGAN SCOTT LLC
500 Grant St., Suite 2900
Pittsburgh, PA 15219
Telephone: (412) 346-4104

*Attorneys for Plaintiffs*

and

*/s/ J. Allen Bobo*
J. Allen Bobo, Esq.
Florida Bar No: 0356980
LUTZ, BOBO & TELFAIR, P.A
2 North Tamiami Trail, Suite 500
Sarasota, FL  34236-5575
T: (941) 951-1800
E: jabobo@lutzbobo.com
ahodgins@lutzbobo.com

*Co-Counsel for Defendants*

*/s/ Mahlon Barlow*
Mahlon Barlow, Esq.
Florida Bar No: 871117
SIVYER BARLOW WATSON
& HAUGHEY, P.A.
mbarlow@sbwhlegal.com
mhbassistant@sbwhlegal.com
401 E. Jackson Street, Suite 2225
Tampa, FL 33602
P: (813) 221-4242
F: (813) 227-8598

*Co-Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I, Robert C. Gilbert, an attorney, certify that I caused the foregoing to be filed on August 3, 2023 via CM/ECF which will serve all attorneys of record electronically.

By: */s/ Robert C. Gilbert*
ROBERT C. GILBERT, FBN 561861
gilbert@kolawyers.com
KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT
2800 Ponce de Leon Blvd., Ste. 1100
Coral Gables, FL  33134
Telephone: (305) 384-7269