UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-14492-CV-MIDDLEBROOKS

MICHAEL NOEL, et al.,

    Plaintiffs,

v.

MHC Heritage Plantation LLC, et al.,

    Defendants.

_____/

### ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation for Dismissal With Prejudice, filed on August 3, 2023. (DE 250). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is hereby

**ORDERED and ADJUDGED** that the Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT.**

**SIGNED** in Chambers in West Palm Beach, Florida, this 4th day of August, 2023.

Donald M. Middlebrooks
United States District Judge

Copies to:    Counsel of Record